IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR No.: 3:11-225-JFA |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| DARIAL CHATMAN | ) | |
| | ) | |
| _____ | ) | |

Defendant has moved for an order extending his reporting date for service of his federal sentence. After reviewing the materials submitted in connection with the motion, together with the government's opposition thereto, the court is constrained to deny the motion. The government has demonstrated good cause why the defendant should report on time. Therefore, the motion to extend time (ECF No. 82) is respectfully denied.

IT IS SO ORDERED.

August 16, 2012                         Joseph F. Anderson, Jr.
Columbia, South Carolina                United States District Judge